██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT C. EVES, Appellant. [815 NYS2d 389]—

Appeal from a judgment of the Jefferson County Court (Kim H. Martusewicz, J.), rendered January 12, 2004. The judgment convicted defendant, upon a jury verdict, of criminal mischief in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him of criminal mischief in the third degree (Penal Law § 145.05 [2]). Contrary to defendant's contention, County Court properly admitted a bystander's statement in evidence under the present sense impression exception to the hearsay rule (*see generally People v Buie*, 86 NY2d 501, 505-509 [1995]; *People v Dann*, 17 AD3d 1152 [2005], *lv denied* 5 NY3d 761 [2005]; *People v Ortiz*, 1 AD3d 1017, 1018 [2003], *lv denied* 1 NY3d 632 [2004]). "There was sufficient corroboration, by means of independent proof, of both the contemporaneity and reliability of the out-of-court declaration" (*Ortiz*, 1 AD3d at 1018; *see generally People v Vasquez*, 88 NY2d 561, 574-575 [1996]; *People v Brown*, 80 NY2d 729, 734-736 [1993]). Also contrary to defendant's contention, the sentence is not unduly harsh or severe. Present—Pigott, Jr., P.J., Scudder, Kehoe, Pine and Hayes, JJ.